

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN THE MATTER OF THE ESTATE OF JOSEPH ABRAHAM, JR. A/K/A JOSEPH (SIB) ABRAHAM, JR., DECEASED, | § | No. 08-19-00231-CV |
| | § | Appeal from the |
| | § | Probate Court No. 1 |
| Appellant. | § | of El Paso County, Texas |
| | § | (TC# 2014-CPR02054) |
| | § | |

## **O R D E R**

The Court received and filed Appellee's notice of disposition of William D. Abraham's petition for review as requested in its order issued February 25, 2020. The appeal is therefore reinstated, and the Appellee's brief is now due April 11, 2020.

IT IS SO ORDERED this 12th day of March, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.